IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

Appeal No. 22-3043

---

THE ESTATE OF CEASAR STINSON and
CHIPO K. SAMVURA,

    Plaintiffs-Appellees,

v.

JOEL STREICHER,

    Defendant-Appellant.

---

UNOPPOSED MOTION OF PLAINTIFFS-APPELLEES
TO RESCHEDULE ORAL ARGUMENT

---

Appeal from the United States District Court
for the Eastern District of Wisconsin,
Case No. 2:21-cv-01046,
The Honorable J.P. Stadtmueller,
United States District Judge, Presiding

---

Pursuant to Circuit Rule 34(e), Plaintiffs-Appellees, the Estate of Ceasar Stinson and Chipo K. Samvura, move to reschedule the oral argument in this appeal due to lead counsel recently becoming aware that he needed to appear as lead counsel in a trial scheduled for January 29-31, 2024 in Walworth County, which conflicts with the oral argument in this appeal scheduled for January 30, 2024. (ECF 46-1) Appellees offer the following support of this motion:

    1.    Appellees' lead counsel, both in the district court and on appeal is Mark L. Thomsen of Gingras, Thomsen & Wachs, LLP.

2. Attorney Thomsen recently became aware that he would need to appear as lead counsel in *Wiedenbeck v. State Farm Mut. Auto. Ins. Co.*, Walworth County Case No. 2022-CV-592. This occurred because Attorney Thomsen's law firm partner had an unavoidable conflict requiring the partner to be out of state during the trial of the case, which is scheduled for January 29, 30 and 31, 2024.

3. Consistent with Circuit Rule 34(b)(3) and his prior letters to this Court (ECF Nos. 25, 35, 40, 41) addressing oral argument scheduling, Attorney Thomsen's office had drafted a letter to this Court to provide additional dates that he was not available for oral argument, but the letter had not been finalized as of November 15, 2023 when Attorney Thomsen received notice of the oral argument scheduled for January 30, 2024. (ECF 46-1)

4. Attorney Andrew Jones, counsel for defendant-appellant, has advised Attorney Thomsen's office this date that he and co-counsel, Attorney Thomas Donnelly, do not have an objection to the oral argument being rescheduled from January 30, 2024 due to Attorney Thomsen's conflict.

5. Circuit Rule 34(e) requires "extraordinary circumstances" to reschedule oral argument. Appellees submit that the recent need for Attorney Thomsen to appear as lead counsel in the trial scheduled for January 29-31, 2024 in Walworth County constitutes extraordinary circumstances for rescheduling oral argument in this appeal. Appellees further submit that they have in good faith attempted to avoid a scheduling conflict consistent with the spirit of Rule 34(b)(3).

6.      In the event this Court grants the request to reschedule oral argument, by letters dated November 16, 2023, Attorney Thomsen and Attorney Jones have both provided updated dates that they are not available for oral argument in 2024. (ECF 47, 48)

7.      This is plaintiffs-appellees' only motion to reschedule oral argument.

For these reasons, Appellees respectfully request that the Court reschedule the January 30, 2024 oral argument in this case.

Dated this 17th day of November, 2023.

GINGRAS, THOMSEN & WACHS LLP

*s/ Mark L. Thomsen*
Mark L. Thomsen, WI Bar No. 1018839
Sarah F. Kaas, WI Bar No. 1027895
219 N. Milwaukee St., Suite 520
Milwaukee, WI 53202
Phone:     414-935-5482
Facsimile:  414-763-6413
mthomsen@gtwlawyers.com

*Attorneys for Plaintiffs-Appellees*

## Certificate of Filing and Service

      As counsel of record for Plaintiffs-Appellees, I hereby certify that on November 17, 2023, I electronically the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                          *s/ Mark L. Thomsen*
                                                          Mark L. Thomsen
                                                          WI State Bar No. 1018839

                                                          *Attorneys for Plaintiffs-Appellees*